AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07-cv-239-MHT

TO: (Name and address of Defendant)

Commissioner Richard Allen
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry
Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              3-19-07

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                   *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of  ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07-cv-239-MHT

TO: (Name and address of Defendant)

Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-19-07

CLERK                                                DATE
(By) DEPUTY CLERK


AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                         *Signature of Server*

                                         _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-239-MHT

TO: (Name and address of Defendant)

Hon. Leura Garrett Canary, USA
One Court Square, Suite 201
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry
Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3.19.07
_____         _____
CLERK                                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                            *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.