IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUISE HARRIS,

                        Petitioner,

vs.

RICHARD ALLEN, Commissioner, Alabama
Department of Corrections,

                        Respondent.

Case No. 2:07CV239-mht

RECEIVED 2007 MAR 16 P 4:05

## MOTION OF SARAH E. PAUL TO APPEAR PRO HAC VICE

Sarah E. Paul respectfully moves this Court, pursuant to Local Rule 83.1(b), to appear pro hac vice as counsel to represent Petitioner in the above styled and numbered cause, and would show the Court as follows:

1.     Ms. Paul, who is of the firm Cravath, Swaine & Moore LLP, will be associated in this case with Blanchard Law Offices, 505 South Perry Street, Montgomery, AL 36104-4615. She will seek the assistance of those attorneys in assuring her understanding of and compliance with this Court's rules.

2.     Ms. Paul is admitted to practice before the United States District Court for the Southern District of New York. Her certificate of good standing from that district is attached hereto.

3.     Ms. Paul is not currently suspended or disbarred in any Court.

4.     Ms. Paul has not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which she is licensed.

5.  Ms. Paul has not been denied admission to the courts of any state or to any federal court during the last five years.

6.  Ms. Paul agrees to comply with and be bound by the Local Rules of the United States District Court for the Middle District of Alabama and governing practice in this Court.

WHEREFORE, Ms. Paul respectfully requests that she be granted permission to practice before this Court in this case.

Respectfully submitted,

*[signature]*

Sarah E. Paul, Esq. (NY Bar #4379830)
*Pro hac vice application pending*

Stuart W. Gold, Esq. (NY Bar #1473859)
Elana J. Zeide, Esq. (NY Bar #4408241)
Ryan M. Billings, Esq. (NY Bar #4299285)
*Pro hac vice applications pending*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

March 15, 2007

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__SARAH   ELIZABETH   PAUL__, Bar # ____

was duly admitted to practice in this Court on

__MARCH  6ᵗʰ,  2007__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__   on   __MARCH 6ᵗʰ, 2007__

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>         Petitioner,<br><br>vs.<br><br>RICHARD ALLEN, Commissioner, Alabama Department of Corrections,<br><br>         Respondent. | Case No. _____ |

**ORDER GRANTING SARAH E. PAUL'S MOTION
TO APPEAR PRO HAC VICE**

   AND NOW, on this \_\_\_ day of_____, 2007, upon review of Sarah E. Paul's Motion to Appear Pro Hac Vice:

   IT IS HEREBY ORDERED that the Motion is GRANTED. Sarah E. Paul is admitted pro hac vice before the United States District Court for the Middle District of Alabama, for the purposes of representing Petitioner in the above-captioned case.

IT IS SO ORDERED

                    _____
                    UNITED STATES DISTRICT JUDGE

Dated:_____