IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUISE HARRIS,

                        Petitioner,

vs.

RICHARD ALLEN, Commissioner, Alabama
Department of Corrections,

                        Respondent.

Case No. 2:07CV239-mht

RECEIVED
2007 MAR 16  P 4 06

## MOTION OF ELANA J. ZEIDE TO APPEAR PRO HAC VICE

Elana J. Zeide respectfully moves this Court, pursuant to Local Rule 83.1(b), to appear pro hac vice as counsel to represent Petitioner in the above styled and numbered cause, and would show the Court as follows:

1.     Ms. Zeide, who is of the firm Cravath, Swaine & Moore LLP, will be associated in this case with Blanchard Law Offices, 505 South Perry Street, Montgomery, AL 36104-4615. She will seek the assistance of those attorneys in assuring her understanding of and compliance with this Court's rules.

2.     Ms. Zeide is admitted to practice before the United States District Court for the Southern District of New York. Her certificate of good standing from that district is attached hereto.

3.     Ms. Zeide is not currently suspended or disbarred in any Court.

4.     Ms. Zeide has not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which she is licensed.

5.   Ms. Zeide has not been denied admission to the courts of any state or to any federal court during the last five years.

6.   Ms. Zeide agrees to comply with and be bound by the Local Rules of the United States District Court for the Middle District of Alabama and governing practice in this Court.

WHEREFORE, Ms. Zeide respectfully requests that she be granted permission to practice before this Court in this case.

Respectfully submitted,

_____
Elana J. Zeide, Esq. (NY Bar #4408241)
*Pro hac vice application pending*

Stuart W. Gold, Esq. (NY Bar #1473859)
Sarah E. Paul, Esq. (NY Bar #4379830)
Ryan M. Billings, Esq. (NY Bar #4299285)
*Pro hac vice applications pending*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

March 15, 2007

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ELANA  JUDITH  ZEIDE__, Bar # __EZ2220__

was duly admitted to practice in this Court on

__SEPTEMBER 19th, 2006__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York           on   FEBRUARY 20th, 2007

__J. MICHAEL McMAHON__
Clerk                                         by: _____
                                                     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>　　　　　　　　　　Petitioner,<br><br>vs.<br><br>RICHARD ALLEN, Commissioner, Alabama Department of Corrections,<br><br>　　　　　　　　　　Respondent. | Case No. _____ |

**ORDER GRANTING ELANA J. ZEIDE'S MOTION
TO APPEAR PRO HAC VICE**

　　　　AND NOW, on this \_\_\_ day of _____, 2007, upon review of Elana J. Zeide's Motion to Appear Pro Hac Vice:

　　　　IT IS HEREBY ORDERED that the Motion is GRANTED. Elana J. Zeide is admitted pro hac vice before the United States District Court for the Middle District of Alabama, for the purposes of representing Petitioner in the above-captioned case.

IT IS SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:_____