IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUISE HARRIS,

         Petitioner,

vs.

RICHARD ALLEN, Commissioner, Alabama
Department of Corrections,

         Respondent.

Case No. 2:07CV 239 - mht

RECEIVED
2007 MAR 16 P 4 04

### MOTION OF STUART W. GOLD TO APPEAR PRO HAC VICE

Stuart W. Gold respectfully moves this Court, pursuant to Local Rule 83.1(b), to appear pro hac vice as counsel to represent Petitioner in the above styled and numbered cause, and would show the Court as follows:

  1.  Mr. Gold, who is of the firm Cravath, Swaine & Moore LLP, will be associated in this case with Blanchard Law Offices, 505 South Perry Street, Montgomery, AL 36104-4615. He will seek the assistance of those attorneys in assuring his understanding of and compliance with this Court's rules.

  2.  Mr. Gold is admitted to practice before the United States District Court for the Southern District of New York. His certificate of good standing from that district is attached hereto.

  3.  Mr. Gold is not currently suspended or disbarred in any Court.

  4.  Mr. Gold has not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which he is licensed.

5.  Mr. Gold has not been denied admission to the courts of any state or to any federal court during the last five years.

6.  Mr. Gold agrees to comply with and be bound by the Local Rules of the United States District Court for the Middle District of Alabama and governing practice in this Court.

WHEREFORE, Mr. Gold respectfully requests that he be granted permission to practice before this Court in this case.

Respectfully submitted,

*[signature]*

Stuart W. Gold, Esq. (NY Bar #1473859)
*Pro hac vice application pending*

Sarah E. Paul, Esq. (NY Bar #4379830)
Elana J. Zeide, Esq. (NY Bar #4408241)
Ryan M. Billings, Esq. (NY Bar #4299285)
*Pro hac vice applications pending*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

March 15, 2007

2

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__STUART  WALTER  GOLD__, Bar # __SG1291__

was duly admitted to practice in this Court on

__DECEMBER 19th, 1973__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __FEBRUARY 21st, 2007__

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUISE HARRIS,

        Petitioner,

vs.              Case No. _____

RICHARD ALLEN, Commissioner, Alabama
Department of Corrections,

        Respondent.

**ORDER GRANTING STUART W. GOLD'S MOTION
TO APPEAR PRO HAC VICE**

   AND NOW, on this ___ day of _____, 2007, upon review of Stuart W. Gold's Motion to Appear Pro Hac Vice:

   IT IS HEREBY ORDERED that the Motion is GRANTED. Stuart W. Gold is admitted pro hac vice before the United States District Court for the Middle District of Alabama, for the purposes of representing Petitioner in the above-captioned case.

IT IS SO ORDERED

                  _____
                  UNITED STATES DISTRICT JUDGE

Dated: _____