IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>                              Petitioner,<br><br>vs.<br><br>RICHARD ALLEN, Commissioner, Alabama Department of Corrections,<br><br>                             Respondent. | Case No. 2:07CV239-MHT |

## MOTION OF RYAN M. BILLINGS TO APPEAR PRO HAC VICE

Ryan M. Billings respectfully moves this Court, pursuant to Local Rule 83.1(b), to appear pro hac vice as counsel to represent Petitioner in the above styled and numbered cause, and would show the Court as follows:

1. Mr. Billings, who is of the firm Cravath, Swaine & Moore LLP, will be associated in this case with Blanchard Law Offices, 505 South Perry Street, Montgomery, AL 36104-4615. He will seek the assistance of those attorneys in assuring his understanding of and compliance with this Court's rules.

2. Mr. Billings is admitted to practice before the United States District Court for the Southern District of New York. His certificate of good standing from that district is attached hereto.

3. Mr. Billings is not currently suspended or disbarred in any Court.

4. Mr. Billings has not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which he is licensed.

5.  Mr. Billings has not been denied admission to the courts of any state or to any federal court during the last five years.

6.  Mr. Billings agrees to comply with and be bound by the Local Rules of the United States District Court for the Middle District of Alabama and governing practice in this Court.

WHEREFORE, Mr. Billings respectfully requests that he be granted permission to practice before this Court in this case.

Respectfully submitted,

Ryan M. Billings, Esq. (NY Bar #4299285)
*Pro hac vice application pending*

Stuart W. Gold, Esq. (NY Bar #1473859)
Sarah E. Paul, Esq. (NY Bar #4379830)
Elana J. Zeide, Esq. (NY Bar #4408241)
*Pro hac vice applications pending*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

March 15, 2007

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____RYAN   MATTHEW   BILLINGS_____, Bar # _____MB0378_____

was duly admitted to practice in this Court on

_____NOVEMBER  15th,  2005_____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York     on     FEBRUARY 20th, 2007

J. MICHAEL McMAHON
Clerk

by: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>          Petitioner,<br><br>vs.<br><br>RICHARD ALLEN, Commissioner, Alabama Department of Corrections,<br><br>          Respondent. | Case No. _____ |

**ORDER GRANTING RYAN M. BILLINGS'S MOTION
TO APPEAR PRO HAC VICE**

  AND NOW, on this \_\_\_ day of_____, 2007, upon review of Ryan M. Billings's Motion to Appear Pro Hac Vice:

  IT IS HEREBY ORDERED that the Motion is GRANTED. Ryan M. Billings is admitted pro hac vice before the United States District Court for the Middle District of Alabama, for the purposes of representing Petitioner in the above-captioned case.

IT IS SO ORDERED

                    _____
                    UNITED STATES DISTRICT JUDGE

Dated: _____