✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE 3-19-07 |
|---|---|
| NAME OF SERVER *(PRINT)* Renee Branum | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3-19-07      *Renee Branum*
           Date             *Signature of Server*

                     505 South Perry St.
                     *Address of Server*

## RETURNED AND FILED

### MAR 1 9 2007

### CLERK
### U. S. DISTRICT COURT
### MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE    District of    ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

**SUMMONS IN A CIVIL ACTION**

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

CASE NUMBER:   2:07-cv-239-MHT

TO: (Name and address of Defendant)

Commissioner Richard Allen
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry
Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3·19·07

CLERK

_Ben Rllinson_                                    DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 19, 2007 |
| NAME OF SERVER (PRINT)  Renee Branum | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES ~

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-19-07
                              Date

Renee Branum
*Signature of Server*

505 South Perry Street
*Address of Server*

RETURNED AND FILED

MAR 19 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE                    District of            ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    2:07-cv-239-MHT

TO: (Name and address of Defendant)

Hon. Leura Garrett Canary, USA
One Court Square, Suite 201
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry
Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within _____ *20* _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    3·19·07

CLERK                                                DATE

*Ben Robinson* (signature)

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *March 19, 2007* |
| NAME OF SERVER *(PRINT)* *Renee Branum* | TITLE *Legal Assistant* | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *3/19/07*
_____      *Renee Branum*
Date                                    Signature of Server

*Blanchard Law Offices*
*505 South Perry St., Montgomery, AL 36104*
Address of Server


RETURNED AND FILED

MAR 19 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE | District of | ALABAMA, NORTHERN DIVISION

LOUISE HARRIS
Petitioner,

**SUMMONS IN A CIVIL ACTION**

V.

RICHARD ALLEN, Commisioner, Alabama
Department of Corrections.

CASE NUMBER:   2:07-cv-239-MHT

TO: (Name and address of Defendant)

Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. William R. Blanchard, Blanchard Law Offices, 505 South Perry
Street, Montgomery, AL 36104;

Hon. Sarah E. Paul
Hon. Elana J. Zeide
Hon. Ryan M. Billings
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
NY, NY 10019-7475

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Ben Robinson*

(By) DEPUTY CLERK

3·19·07

DATE