IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv239-MHT |
| ) | |
| RICHARD ALLEN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
|    Respondents. ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 3, 4, 5, & 6) are granted.

DONE, this the 22nd day of March, 2007.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE