IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,                ) | |
|     Petitioner,              ) | |
|                                    ) | CIVIL ACTION NO. |
|     v.                         ) | 2:07cv239-MHT |
|                                    ) | |
| RICHARD ALLEN,                ) | |
| Commissioner, Alabama         ) | |
| Department of Corrections,    ) | |
|     Respondents.                ) | |

**ORDER**

It is ORDERED that the motion for stay and abeyance (Doc. No. 7) is set for submission, without oral argument, on April 16, 2007, with all briefs due by said date.

DONE, this the 22nd day of March, 2007.

                                                 /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE