IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv239-MHT |
| | ) | (WO) |
| RICHARD ALLEN, | ) | |
| Commissioner, Alabama | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Louise Harris's motion to dissolve the stay of federal proceedings (doc. no. 13) is granted and said stay is dissolved; and

(2) Petitioner Harris's petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice.

It is further ORDERED that costs are taxed against petitioner Harris, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of February, 2010.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE